IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| WAYNE DALE KELLBERG, | CV 19-00050-M-DLC-KLD |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| RICKY SHELBOURNE, | |
| Defendants. | |

On May 15, 2019, this Court issued an Order denying Plaintiff Wayne Kellberg's Motion to Proceed in Forma Pauperis. (Doc. 4.) Although Mr. Kellberg was advised in United States Magistrate Judge Lynch's March 27, 2019 Findings and Recommendations that he was free to pay the filing fee despite the denial of his motion to proceed in forma pauperis (Doc. 3 at 6), the filing fee has not been paid.

ACCORDINGLY, the Clerk of Court is directed to close this matter.

DATED this 15th day of August, 2019.

Dana L. Christensen, Chief Judge
United States District Court